## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## DOCKET NO. 5:04cr64

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| **RODNEY GREEN - 1** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its own motion to re-assign the above-captioned defendant only.   The Court finds that for good cause shown, this case should be transferred.

**IT IS, THEREFORE, ORDERED** that the above-captioned defendant is re-assigned to the Honorable Robert J. Conrad.

Signed: September 30, 2005

Richard L. Voorhees
United States District Judge